IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Harris, Derrick A | Case Number: 07 B 19272 |
|---|---|---|
| | | Judge: Goldgar, A. Benjamin |
| | Printed: 4/29/08 | Filed: 10/18/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: March 18, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 400.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 374.00 |
| Trustee Fee: | | 26.00 |
| Other Funds: | | 0.00 |
| Totals: | 400.00 | 400.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,538.00 | 374.00 |
| 2. | Internal Revenue Service | Priority | 5,710.62 | 0.00 |
| 3. | Midland Credit Management | Unsecured | 23.07 | 0.00 |
| 4. | Midland Credit Management | Unsecured | 66.09 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 558.50 | 0.00 |
| 6. | B-Real LLC | Unsecured | 121.28 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 184.09 | 0.00 |
| 8. | Advocate Health Care | Unsecured | 15.20 | 0.00 |
| 9. | Peoples Energy Corp | Unsecured | 17.84 | 0.00 |
| 10. | Harvard Collection Services In | Unsecured | | No Claim Filed |
| 11. | Bethany Hospital | Unsecured | | No Claim Filed |
| 12. | Creditors Protection Service | Unsecured | | No Claim Filed |
| 13. | Dept of Unemployment | Unsecured | | No Claim Filed |
| 14. | H & F Law Offices | Unsecured | | No Claim Filed |
| 15. | Internal Revenue Service | Unsecured | | No Claim Filed |
| 16. | Medical Collections | Unsecured | | No Claim Filed |
| | | | $ 10,234.69 | $ 374.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 26.00 |
| | $ 26.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Harris, Derrick A | Case Number:  07 B 19272 |
| | Judge:  Goldgar, A. Benjamin |
| Printed:  4/29/08 | Filed:  10/18/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

